ANNA MORALES, Respondent, v DISTRESSED PROPERTIES, INC., et al., Defendants, and GEORGE SROLOVITS, Also Known as GEORGE SEREL, Appellant. [639 NYS2d 722]

The complaint, when liberally construed (*see, Elias v Handler,* 155 AD2d 583) and considered in light of the evidentiary material appended to it (*see, Bello v Cablevision Sys. Corp.,* 185 AD2d 262, 263), states a cause of action against the appellant. Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.